JS-6

# UNITED STATES DISTRICT COURT

## FOR THE CENTRAL DISTRICT OF CALIFORNIA

TATIANA ZAYTSEVA,

      Plaintiff,

      v.

ALEJANDRO N. MAYORKAS,
Secretary of DHS,
UR M. JADDOU, Director of
U.S.C.I.S., and
DAVID M. RADEL, Director of Los
Angeles Asylum Office,

      Defendants.

Case No. 8:24-cv-02252-JWH-KES

**JUDGMENT**

Pursuant to the Minute Order [ECF No. 25] filed on or about February 4, 2026, and in accordance with Rule 12(b)(1) of the Federal Rules of Civil Procedure,

It is hereby **ORDERED**, **ADJUDGED**, and **DECREED** as follows:

1.    The Petition for Writ of Mandamus [ECF No. 1] of Plaintiff Tatiana Zaytseva is **DISMISSED as moot**.

2.    To the extent that any party requests any other form of relief, such request is **DENIED**.

**IT IS SO ORDERED.**

Dated:    February 9, 2026

John W. Holcomb
UNITED STATES DISTRICT JUDGE

-2-